**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Gregory Allen Stephens,<br><br>　　　　Defendant. | **CR-98-496-PHX-PGR**<br><br>**DETENTION ORDER** |

　　　Defendant appeared before this Court on a Petition for Revocation of Supervised Release. The issue of detention was submitted to the Court. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

　　　The Court finds that defendant has failed to carry his burden of establishing that he does not pose a serious flight risk pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

　　　The Court concludes, therefore, by a preponderance of the evidence, that defendant is a serious flight risk and that there is no condition or combination of conditions that will reasonably assure his appearance at future proceedings.

　　　IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

　　　DATED this 24th day of February, 2010.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge